# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00016-CV

**In re Stephen R. Lupton**

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed: March 4, 2009